COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name: *Ankus, L.L.C. v. U.S. Bank National Association, as Trustee*
Appellate case number:    01-18-00777-CV

Trial court case number:  2017-48651

Trial court:              281st District Court of Harris County

Date motion filed:        August 19, 2020

Party filing motion:      Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature:  ___/s/ Julie Countiss_____
                    Acting for the Court

Panel consists of: Justices Keyes, Goodman, and Countiss.

Date:  December 17, 2020